UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MTS, et al., <br><br> Defendants. | Case No.: 19-CV-179 JLS (KSC) <br><br> **ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)** <br><br> (ECF No. 1) |

Plaintiff David Bryan Turner, Jr., proceeding *pro se*, filed a Complaint under 28 U.S.C. § 1983 seeking $791,701,318 in damages for two separate attacks allegedly sustained by armed guards of Wells Fargo and a man wielding a knife at an MTS trolley stop. *See generally* ECF No. 1.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.[1] *See* 28 U.S.C. § 1914(a). The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007);

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

*Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Mr. Turner has not paid the required $400 filing fee or filed a motion to proceed *in forma pauperis*. Consequently, Mr. Turner's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to pay the requisite filing fee. No later than <u>twenty-one (21) calendar days</u> from the date this Order is electronically docketed, Mr. Turner must either pay the filing fee or move to proceed *in forma pauperis*. **<u>Should Mr. Turner fail to pay the filing fee or move to proceed *in forma pauperis*, this action will be dismissed without prejudice.</u>**

**IT IS SO ORDERED.**

Dated: January 29, 2019

Hon. Janis L. Sammartino
United States District Judge